# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BODNAR,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | 1:16-cv-01398-SAB (PC)<br><br>ORDER RE MOTION TO SCREEN COMPLAINT<br><br>(ECF No. 7) |

      Plaintiff Thomas Bodnar is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on September 21, 2016.  (ECF No. 1.)  Currently before the Court is Plaintiff's motion requesting his complaint be screened, in which he states that he is concerned his case may slip through the cracks  (ECF No. 7.)

      The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible.  However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts.  Due to the heavy caseload, Plaintiff's complaint is still awaiting screening.

1  Accordingly, Plaintiff's motion for screening of his complaint, filed March 20, 2017
2  (ECF No. 7), is HEREBY DENIED. The Court is aware of the pendency of this case and will
3  screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated:   **March 21, 2017**

UNITED STATES MAGISTRATE JUDGE