# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BODNAR,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants | Case No. 1:16-cv-01398-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER STATING THAT HE IS PROCEEDING IN PRO PER IN THIS MATTER<br><br>(ECF No. 15) |

    Plaintiff Thomas Bodnar is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983

    Currently before the Court is Plaintiff's request for an order directed to the program director at the correctional facility where he is being held, filed May 15, 2017. (ECF No. 15.) Plaintiff seeks for the order to state that he is proceeding in pro per in this action, which he contends is required so that he may be given law library access, provided copying services, and be allowed a box for legal work. (ECF No. 15.)

    Plaintiff's request is granted, and the Court HEREBY ORDERS as follows:

**ATTN**:   **Program Director, Larry D. Smith Correctional Facility**

       **1627 S. Hargrave Street, Banning, California 92220**

    This order confirms that Plaintiff Thomas Bodnar, BK#201717250, is proceeding in pro per in this civil rights action.

///

1

The Court leaves to the discretion of the correctional facility staff and officials the manner in which Plaintiff will be provided law library access, copying services, and access to his legal paperwork, consistent with the safety and security needs of the institution.

IT IS SO ORDERED.

Dated: **May 16, 2017**

UNITED STATES MAGISTRATE JUDGE